United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-30670 |
| SABINE STORAGE & OPERATIONS, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |
| | § | |

**ORDER
SETTING HEARINGS
ECF Nos. 5, 6, 7 and 9**

1. On **March 21, 2022, at 4:00 p.m. (Central Standard Time**), hearings on:

   - Debtor's Emergency Motion for Order (A) Authorizing the Rejection of the Lease for the Westheimer Office Nunc Pro Tunc to the Petition Date, (B) Authorizing the Abandonment of Remaining Property, and (C) Granting Related Relief, ECF #5;

   - Debtor's Motion for Order (A) Authorizing the Payment of Prepetition Employee Obligations and (B) Granting Related Relief, ECF #6;

   - Debtor's Motion for Order (A) Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and (B) Granting Related Relief, ECF #7; and

   - Application to Employ Parkins Lee & Rubio LLP as Debtor's Bankruptcy Counsel, ECF #9

   shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #402, 515 Rusk, Houston Texas.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. Upon entry of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED March 17, 2022

_____
Eduardo Rodriguez
United States Bankruptcy Judge