**Fill in this information to identify the case:**

Debtor name      Sabine Storage & Operations, Inc.

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):      22-30670

☒ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Alabama Department of Revenue

Legal Division

Po Box 320001

Montgomery, AL 36132-0001

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Debtor does not believe any taxes are owed.

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

Basis for the Claim:
2021 Taxes

Is the claim subject to offset?

☒ No

☐ Yes

Total claim: **unknown**  Priority amount: **unknown**

*Added by Amendment*

**2.2** Priority creditor's name and mailing address

Evangeline Parish Sales Tax Commission

Po Box 367

Ville Platte, LA 70586-0367

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:
2021 Taxes

Is the claim subject to offset?

☒ No

☐ Yes

Total claim: $134.00  Priority amount: $134.00

*Added by Amendment*

| Debtor | **Sabine Storage & Operations, Inc.** | | Case number *(if known)* | **22-30670** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:** Additional Page

---

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Office**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Debtor believes it has no federal tax liability.

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:

 2021 Taxes

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

*Added by Amendment*

---

**2.4** Priority creditor's name and mailing address

**John Dixon**

**1081 Shamrock Ln**

**Mccomb, MS 39648-3774**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Paid prepetition.

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

 Reimbursement for expenses

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

**2.5** Priority creditor's name and mailing address

**John Gibson**

**4610 Brooklyn Dr.**

**Sulphur, LA 70665**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: 12/20/2021 - 02/04/2022; Paid prepetition.

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

 Reimbursement for expenses

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

**2.6**

Priority creditor's name and mailing address

**Jose Pereira**

**800 Country Place 1004**

**Houston, TX 77079**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: 11/20/2021 - 03/20/2022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
 **Reimbursement for expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$673.08          $673.08

---

**2.7**

Priority creditor's name and mailing address

**Kansas Department of Revenue**

**Problem Resolution Team**

**Po Box 2005**

**Topeka, KS 66601-2005**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Debtor does not believe any taxes are owed.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:
 **2021 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

*\*Added by Amendment\**

---

**2.8**

Priority creditor's name and mailing address

**Madison Parish, Louisiana**

**Po Box 100**

**Vidalia, LA 71373-0100**

Date or dates debt was incurred

Last 4 digits of account
number **2   4   3   2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Contingent on tax returns. Debtor believes no tax
owed.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:
 **2021 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
| | Name | | |

## Part 1: Additional Page

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.00 | $1,374.00 |
|---|---|---|---|
| Mississippi Department of Revenue | *Check all that apply.* | | |
| Po Box 23075 | ☐ Contingent<br>☐ Unliquidated | *Added by Amendment* | |
| Jackson, MS 39225-3075 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:**<br>State Taxes | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| Remarks: 2020 and 2021 Taxes | | | |

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|
| New Mexico Taxation & Revenue Department | *Check all that apply.* | | |
| Legal Services | ☑ Contingent<br>☑ Unliquidated | *Added by Amendment* | |
| Po Box 630 | ☑ Disputed | | |
| Santa Fe, NM 87504-0630 | **Basis for the Claim:**<br>2021 Taxes | | |
| Date or dates debt was incurred | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| Last 4 digits of account number ___ ___ ___ ___ | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| Remarks:<br>The Debtor does not believe it owes any taxes. | | | |

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.46 | $52.46 |
|---|---|---|---|
| North Carolina Department of Revenue | *Check all that apply.* | | |
| Po Box 25000 | ☐ Contingent<br>☐ Unliquidated | *Added by Amendement* | |
| Raleigh, NC 27640-0002 | ☑ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:**<br>Penalty/Interest on 2020 Taxes | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| Remarks:<br>Tax paid. Dispute penalty and interest of $52.46. | | | |

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.12** Priority creditor's name and mailing address

North Dakota Office of State Tax Commissioner

600 E Boulevard Ave Dept 127

Bismarck, ND 58505-0599

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Debtor does not believe that it owes any taxes.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the Claim:
2021 Taxes

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

*Added by Amendment*

---

**2.13** Priority creditor's name and mailing address

NYS Tax Department

Bankruptcy

W A Harriman Campus

Albany, NY 12227-5100

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
Debtor does not believe any taxes are owed.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the Claim:
2021 Taxes

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

*Added by Amendment*

---

**2.14** Priority creditor's name and mailing address

Ohio Department of Taxation

Attn: Bankruptcy Divison

Po Box 530

Columbus, OH 43216-0530

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
The Debtor does not believe any taxes are owed.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the Claim:
2021 Taxes

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

*Added by Amendment*

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.15**

**Priority creditor's name and mailing address**

Texas Mutual Insurance Company

PO Box 841843

Dallas, TX 75284-1843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

Remarks: 01/19/2022 - 02/14/2022; Paid prepetition.

**As of the petition filing date, the claim is:**      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Employee insurance benefit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.16**

**Priority creditor's name and mailing address**

The Guardian Life Insurance

PO Box 677458

Dallas, TX 75267-7475

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

Remarks: 02/12/2022 - 03/12/2022; paid prepetition.

**As of the petition filing date, the claim is:**      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Employee insurance benefit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17**

**Priority creditor's name and mailing address**

Tim Bauer

2227 Tangle Lake Dr.

Kingwood, TX 77339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: 01/17/2022 - 02/20/2022

**As of the petition filing date, the claim is:**      $2,236.79      $2,236.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Reimbursement of expenses

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Sabine Storage & Operations, Inc.**                                                   Case number *(if known)*    **22-30670**
       Name

## Part 1: Additional Page

### 2.18

**Priority creditor's name and mailing address**

United HealthCare Insurance Company

Dept. CH 10151

Palatine, IL 60055-0151

**Date or dates debt was incurred**

03/10/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**Remarks:**
Debtor will request authority to pay in the ordinary course.

**As of the petition filing date, the claim is:**          $12,791.27                    $12,791.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Employee insurance benefit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.19

**Priority creditor's name and mailing address**

Utah State Tax Commission

Attn: Bankruptcy Unit

210 N 1950 W

Salt Lake Cty, UT 84134-9000

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:**
The Debtor does not believe any taxes are owed.

**As of the petition filing date, the claim is:**          unknown                       unknown
*Check all that apply.*
☑ Contingent                              ***Added by Amendment***
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
2021 Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.20

**Priority creditor's name and mailing address**

Virginia Tax

Attn: Bankruptcy

Po Box 1115

Richmond, VA 23218-1115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:**
The debtor does not believe any taxes are owed.

**As of the petition filing date, the claim is:**          unknown                       unknown
*Check all that apply.*
☑ Contingent                              ***Added by Amendment***
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

5718 Westheimer Houston Realty LP

PO Box 67136

Newark, NJ 07101-6601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 12/31/2021 - 03/31/2022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent for Office Lease

Is the claim subject to offset?
☑ No
☐ Yes

$63,463.92

---

**3.2** Nonpriority creditor's name and mailing address

Acme Truck Line, Inc.

MSC-410683

PO Box 415000

Nashville, TN 37241-5000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 06/30/2021 - 09/30/2021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,376.05

---

**3.3** Nonpriority creditor's name and mailing address

Ariba Inc.

PO Box 734605

Chicago, IL 60673-4605

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 09/22/2021 - 02/17/2022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

$5,180.51

---

**3.4** Nonpriority creditor's name and mailing address

AT&T # 713-651-0928-837

PO Box 105414

Atlanta, GA 30348-5415

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 11/02/2021 - 02/02/2022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$292.94

---

**3.5** Nonpriority creditor's name and mailing address

AT&T # 860497234 6

PO Box 5017

Carol Stream, IL 60197-5001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$212.67

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.6** Nonpriority creditor's name and mailing address

AT&T #171-795-6761-377

PO Box 5019

Carol Stream, IL 60197-5019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 02/18/2022 - 03/09/2022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$2,734.00

---

**3.7** Nonpriority creditor's name and mailing address

AT&T #284475096

PO Box 5014

Carol Stream, IL 60197-5014

Date or dates debt was incurred __03/09/2022__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$155.15

---

**3.8** Nonpriority creditor's name and mailing address

Basil Oilfield Service Inc

Po Box 93

Saratoga, TX 77585-0093

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 07/13/2017; SOL appears expired

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

$262,287.55

---

**3.9** Nonpriority creditor's name and mailing address

Best Western

23235 Hwy 1

Plaquemine, LA 70764

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 09/08/2021 - 09/22/2021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$1,303.77

---

**3.10** Nonpriority creditor's name and mailing address

BJ Services LLC

Po Box 733585

Dallas, TX 75373-3585

Date or dates debt was incurred __07/13/2017__

Last 4 digits of account number __ __ __ __

Remarks: Prom. note; litigation pending

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

$107,800.95

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,803.48
---|---|---|---

**Bosco Oilfield Services**

211a E Etienne Rd

Maurice, LA 70555-4345

Date or dates debt was incurred    **03/01/222**

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**CalTex Oil Tools LLC**

PO Box 1489

Tomball, TX 77377

Date or dates debt was incurred    **07/22/2017**

Last 4 digits of account number ___ ___ ___ ___

Remarks: SOL appears expired

As of the petition filing date, the claim is: *Check all that apply.*    $63,975.04
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Conquest Drilling Fluids, Inc.**

9200 Leonidas Horton Rd

Conroe, TX 77304

Date or dates debt was incurred    _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: 06/03/2021 - 07/08/2021

As of the petition filing date, the claim is: *Check all that apply.*    $29,325.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Crosby Tugs LLC**

PO Box 279

Golden Meadow, LA 70357

Date or dates debt was incurred    **04/24/2020**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*    $50,925.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Datavox**

PO Box 660831

Dallas, TX 75266

Date or dates debt was incurred    _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: 01/30/2022 - 02/28/2022

As of the petition filing date, the claim is: *Check all that apply.*    $2,286.35
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
| | Name | | |

---

**Part 2:** Additional Page

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$522.34** |

**DISA Global Solutions, Inc.**

**Dept. 3731**

**PO Box 123731**

**Dallas, TX 75312-3731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **09/15/2021**

**Basis for the claim:** **Services rendered**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,030.00** |

**Empire Wireline**

**PO Box 967**

**Manvel, TX 77578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **02/13/2022**

**Basis for the claim:** **Trade Claim**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Fanning I.T. Service LLC**

**415 N. Main**

**Highlands, TX 77562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** **Trade Claim**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks:
12/30/2021 - 03/02/2022; Critical vendor paid prepetition.

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.56** |

**Federal Express**

**942 Shady Grove Road**

**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** **Services rendered**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 01/10/2022 - 03/10/2022

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73,016.86** |

**Frank's International LLC**

**Po Box 735523**

**Dallas, TX 75373-5523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:** **Promissory Note**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 05/15/2019 - 06/14/2019; Prom. note.

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,147.20** |
|---|---|---|---|

**Gulf Coast Coil Tubing**

**PO Box 1710**

**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: 08/09/2017; 06/30/2019

---

**3.22** Nonpriority creditor's name and mailing address

**Halliburton Energy Services, Inc.**

**PO Box 301341**

**Dallas, TX 75303-1341**

Date or dates debt was incurred  **09/29/2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,599.44**

---

**3.23** Nonpriority creditor's name and mailing address

**Hampton Inn & Suites**

**3135 E Main St.**

**Alice, TX 78332**

Date or dates debt was incurred  **01/14/2017**

Last 4 digits of account number __ __ __ __

Remarks: SOL appears expired

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$776.16**

---

**3.24** Nonpriority creditor's name and mailing address

**Hampton Inn & Suites**

**1121 Hwy 332 West**

**Clute, TX 77531**

Date or dates debt was incurred  **08/01/2021**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$163.29**

---

**3.25** Nonpriority creditor's name and mailing address

**Harry G. Allison**

**3103 Sleepy Hollow Dr**

**Sugar Land, TX 77479-1664**

Date or dates debt was incurred  **10/21/2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note/Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.26** Nonpriority creditor's name and mailing address

**Hirsch & Westheimer, P.C.**

**1415 Louisiana St # 36**

**Houston, TX 77002-7360**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 10/30/2019 - 01/07/2022

As of the petition filing date, the claim is: **$255,740.21**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Attorney fees (Dow Case)**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.27** Nonpriority creditor's name and mailing address

**HiTouch Business Services**

**PO Box 930257**

**Atlanta, GA 31193-0257**

Date or dates debt was incurred **03/02/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$167.14**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade Claim**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Hole Opener Corporation**

**PO Box 82006**

**Lafayette, LA 70598-2006**

Date or dates debt was incurred **06/20/2017**

Last 4 digits of account number __ __ __ __

Remarks: Tolling agreement; Prom. note

As of the petition filing date, the claim is: **$87,907.74**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade claim**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.29** Nonpriority creditor's name and mailing address

**Houston Area Safety Council**

**PO Box 621001**

**Dallas, TX 75267-1001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 11/30/2020 - 04/30/2021

As of the petition filing date, the claim is: **$127.18**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade claim**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address

**IronGate Tubular Services**

**PO Box 204423**

**Dallas, TX 75320-4423**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 07/27/2019 - 07/30/2019

As of the petition filing date, the claim is: **$54,351.50**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade claim**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor     **Sabine Storage & Operations, Inc.**                                                    Case number *(if known)*      **22-30670**
                        Name

---

**Part 2:** Additional Page

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00

**James H. Short**

**3518 Suffolk Dr**

**Houston, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note/Loan

Date or dates debt was incurred     **01/21/2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00

**Jose Pereira**

**800 Country Place 1004**

**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note/Loan

Date or dates debt was incurred     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks:
01/13/2021 ($5,000) ; 011/5/2019 ($40,000); 10/17/2019 ($20,000)

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00

**Kenneth J Roane**

**16327 Sir William Dr**

**Spring, TX 77379-7639**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note/Loan

Date or dates debt was incurred     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: 11/05/2019 ($40,000); 10/18/2019 ($25,000)

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256,285.48

**Knight Oil Tools, Inc**

**c/o Regions Bank**

**Po Box 207923**

**Dallas, TX 75320-7923**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

Date or dates debt was incurred     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: 07/30/2017 - 08/30/2017; Tolling agreement

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,176.00

**L&L Oilfield Services**

**Attn: Arthur Lewis, Jr.**

**Po Box 818**

**Friendswood, TX 77549-0818**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Trade claim

Date or dates debt was incurred     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,336.55 |
|---|---|---|---|

**Marsh/Worthman, Inc.**

PO Box 301513

Dallas, TX 75303-1513

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  Insurance

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 01/03/2021 - 12/17/2021; possible reimbursement for cancelation.

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,030.00 |
|---|---|---|---|

**Melton & Melton, L.L.P.**

6002 Rogerdale Rd. Ste. 200

Houston, TX 77072

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  CPA Fees

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 04/27/2021 - 03/08/2022

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.26 |
|---|---|---|---|

**Minuteman Press - Post Oak**

4212 San Felipe Rd. PMB #386

Houston, TX 77027-2902

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   **09/11/2021**

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  Services rendered

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Mobile Mini Inc. d/b/a Mobile Storage Solutions**

PO Box 650882

Dallas, TX 75265-0882

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  Trade claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 12/08/2021 - 02/02/2022; Current prepetition but invoices for prepetition services forthcoming.

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,347.78 |
|---|---|---|---|

**Moncla Workover & Drilling Operations LLC**

Po Box 53408

Lafayette, LA 70505-3408

*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  Trade claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 07/14/2017 - 07/18/2017; SOL appears expired

| Debtor | **Sabine Storage & Operations, Inc.** | | Case number *(if known)* | **22-30670** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,263.31
--- | --- | --- | ---
| NOV Fluid Control | ☐ Contingent |
| PO Box 202631 | ☐ Unliquidated |
| Dallas, TX 75320 | ☑ Disputed |
| | **Basis for the claim:** Trade claim |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |
| Remarks: 07/12/2017 - 07/19/2017: SOL appears expired | |

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,341.45
--- | --- | --- | ---
| Padre Tubular Inc. | ☐ Contingent |
| PO Box 189 | ☐ Unliquidated |
| Corpus Christi, TX 78403 | ☐ Disputed |
| | **Basis for the claim:** Trade Claim |
| Date or dates debt was incurred  07/28/2019 | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00
--- | --- | --- | ---
| Peart Enterprises, Inc. | ☐ Contingent |
| 102 E. Maple Avenue | ☐ Unliquidated |
| Eunice, LA 70535 | ☐ Disputed |
| | **Basis for the claim:** Services rendered |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |
| Remarks: 07/30/2021 - 03/02/2022 | |

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00
--- | --- | --- | ---
| Petro Amigo Supply, Inc. | ☐ Contingent |
| PO Box 957554 | ☐ Unliquidated |
| Saint Louis, MO 63195-7554 | ☐ Disputed |
| | **Basis for the claim:** Promissory Note |
| Date or dates debt was incurred  01/20/2019 | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.64
--- | --- | --- | ---
| Phonoscope Ltd. | ☐ Contingent |
| 6105 Westline Drive | ☐ Unliquidated |
| Houston, TX 77036-3515 | ☐ Disputed |
| | **Basis for the claim:** Services rendered |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |
| Remarks: 09/15/2021 - 10/21/2021 | |

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,330.00** |

Pioneer Well Services, LLC

PO Box 676144

Dallas, TX 75267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade claim**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 03/02/2021 - 03/10/2021

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397,868.54** |

Premium Oilfield Services LLC

Premium Fishing Services

PO Box 203763

Dallas, TX 75320-3763

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade claim**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 06/20/2021 - 10/29/2021

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$347,191.12** |

Premium Oilfield Services LLC

Premium Thru Tubing

PO Box 203763

Dallas, TX 75320-3763

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade claim**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 04/05/2021 - 04/29/2021

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,229.17** |

Quadient Leasing USA Inc

Dept. 3682

PO Box 123682

Dallas, TX 75312-3682

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Postage machine lease**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 07/29/2021 - 01/29/2022

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,015.00** |

R.P.S. Cementing Company LLC

PO Box 176

Livonia, LA 70755

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Promissory Note**

Date or dates debt was incurred  07/24/2020

Is the claim subject to offset?

---

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.51** | Nonpriority creditor's name and mailing address

Sabine Resources, Inc.

c/o James Short, VP

3518 Suffolk Dr

Houston, TX 77027-6328

Date or dates debt was incurred    **09/14/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** $62,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note/Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address

Seaboard International Inc.

PO Box 301861

Dallas, TX 75303-1861

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: 09/30/2019 - 09/30/2020

**As of the petition filing date, the claim is:** $6,780.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address

Seal-Title LLC

500 Deer Cross Dr.

Madisonville, LA 70447

Date or dates debt was incurred    **02/18/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** $24,664.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address

Sonic Surveys, Ltd.

Po Box 719

Mont Belvieu, TX 77580-0719

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: 06/30/2019 - 08/30/2019

**As of the petition filing date, the claim is:** $113,780.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

Sprint Waste Services

PO Box 732411

75343-2411

Date or dates debt was incurred    **06/30/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** $18.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Sabine Storage & Operations, Inc.** | | Case number *(if known)* | **22-30670** |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | Additional Page |
|---|---|

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**State Tax Advisors LP**

23740 Woodford Place Dr.

Kingwood, TX 77339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 10/01/2020 - 12/31/2020

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,466.50 |
|---|---|---|---|

**Stellar Drilling Fluids LLC**

Po Box 22328

Houston, TX 77227-2328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 08/12/2020 - 09/30/2020

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,843.73 |
|---|---|---|---|

**Tanner Services LLC**

Attn: Accounts Payable

Po Box 1434

Eunice, LA 70535-1434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 06/30/2017 - 04/23/2019

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.50 |
|---|---|---|---|

**Texas Labor Law Poster Services**

6800 W Gate Blvd. Ste. 132

Austin, TX 78745-4868

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred __09/18/2020__

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200,000.00 |
|---|---|---|---|

**The Dow Chemical Company**

c/o CT Corp System

1999 Bryan Street Ste 900

Dallas, TX 75201

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

Remarks:

| Debtor | **Sabine Storage & Operations, Inc.** | Case number *(if known)* | **22-30670** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

Total Safety U.S. Inc.

PO Box 654171

Dallas, TX 75265-4171

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Remarks: 09/19/2019 - 09/02/2021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

**$572.37**

---

**3.62** Nonpriority creditor's name and mailing address

United Rentals, Inc.

PO Box 840514

Dallas, TX 75284-0514

Date or dates debt was incurred   02/28/2022

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

**$1,320.29**

---

**3.63** Nonpriority creditor's name and mailing address

Universal Wellhead Services, Inc

1710 N Hearne Ave

Shreveport, LA 71107-7119

Date or dates debt was incurred   08/29/2021

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Remarks: Critical vendor paid prepetition

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade claim

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.64** Nonpriority creditor's name and mailing address

Verizon Wireless

PO Box 660108

Dallas, TX 75266-0108

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  0  1

Remarks: 10/10/221 - 12/10/2021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$1,736.44**

---

**3.65** Nonpriority creditor's name and mailing address

Williams Safety Rescue

ATTN: John Marques Williams

5718 Westheimer Ste. 100

Houston, TX 77057

Date or dates debt was incurred   08/04/2021

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Sabine Storage & Operations, Inc.** | | Case number *(if known)* | **22-30670** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**Part 2:** Additional Page

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$518,640.00** |
| --- | --- | --- | --- |

**Zions Bancorporation, NA dba Amegy Bank**

*Check all that apply.*

☑ Contingent

**c/o Corporation Service Company**

☐ Unliquidated

☐ Disputed

**211 E 7th St Ste 620**

**Basis for the claim:**  **PPP Loan**

**Austin, TX 78701-3218**

**Is the claim subject to offset?**

☑ No

**Date or dates debt was incurred**     **03/17/2021**

☐ Yes

**Last 4 digits of account number**     **8   6   0   4**

**Remarks:** Contingent forgiveness under PPP program.

| Debtor | Sabine Storage & Operations, Inc. | | Case number *(if known)* | 22-30670 |
|---|---|---|---|---|
| | Name | | | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Bradley Arant Boult Cummings LLP**<br>Attn: Justin T. Scott<br>600 Travis St Ste 4800<br>Houston, TX 77002-3024 | Line **3.47**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Bradley Arant Boult Cummings LLP**<br>Attn: Justin T. Scott<br>600 Travis St Ste 4800<br>Houston, TX 77002-3024 | Line **3.48**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Jordan, Lynch & Cancienne, PLLC**<br>Attn: Kevin Jordan, Amir Halevy, Caroline Carter<br>1980 Post Oak Blvd Ste 2300<br>Houston, TX 77056-3841 | Line **3.60**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Marsh Wortham**<br>Attn: Cristina Nino<br>2727 Allen Pkwy<br>Houston, TX 77019-2115 | Line **3.36**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Quadient Leasing USA Inc**<br>Attn: Sarah Scudder<br>478 Wheelers Farms Rd<br>Milford, CT 06461-9105 | Line **3.49**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Receivables Performance Management, LLC**<br>20818 44th Ave W Ste 140<br>Lynnwood, WA 98036-7709 | Line **3.64**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 **Totz Ellison & Totz, P.C.**<br>Attn: Jon Totz, Marc Ellison<br>2211 Norfolk St Ste 510<br>Houston, TX 77098-4048 | Line **3.10**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Sabine Storage & Operations, Inc.**                                    Case number *(if known)*        **22-30670**
         Name

| Part 3: | Additional Page |

| | | |
|---|---|---|
| 4.8 | **U.S. Small Business Administration** | Line **3.66** |
| | **Little Rock Comm. Loan Serv. Ctr.** | ☐ Not listed. Explain _____ __ __ __ __ __ |
| | **2120 Riverfront Dr Ste 100** | _____ |
| | **Little Rock, AR 72202-1794** | |
| 4.9 | **VeriCore, LLC** | Line **3.34** |
| | **10115 Kincey Ave Ste 100** | ☐ Not listed. Explain _____ __ __ __ __ __ |
| | **Huntersville, NC 28078-6482** | _____ |

Debtor  **Sabine Storage & Operations, Inc.**
        Name

Case number *(if known)*  **22-30670**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$17,261.60** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$6,360,061.62** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,377,323.22** |