**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: ) ) SABINE STORAGE & OPERATIONS, INC ) ) Debtor. ) ) | Case No. 22 - 30670 Chapter 11 (Subchapter V) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, a true and correct copy of the *Order Setting Hearing* [ECF No. 54] was served (a) by U.S.P.S. first class mail, postage prepaid, on the parties indicated in the attached service list and (b) the following parties by electronic mail:

Jeannie Lee Andresen
Counsel to Harris County, Texas
houston_bankruptcy@lgbs.com

Alicia Barcomb
Counsel to the U.S. Trustee
alicia.barcomb@usdoj.gov

Eric English
Counsel to The Dow Chemical Company
eenglish@porterhedges.com

Joseph Epstein
Counsel to Zions Bancorporation N.A.
joe@epsteintexaslaw.com

Chris Quinn
Subchapter V Trustee
chris.quinn2021@outlook.com

Jeffrey Stewart
Counsel to Tanner Services, LLC
jstewart@wellscuellar.com

Sonic Surveys, Ltd.
Creditor
crystal@sonic-surveys.com

Wayne Kitchens
Counsel to Petro Amigos Supply Incorporated
wkitchens@hwa.com

Fastenal Company
Creditor
jmilek@fastenal.com

Kenneth J. Roane
Creditor
kenr@sabinestorage.com

Paden Alleman
Notice Party for Hole Opener Corporation
pjalleman@holeopener.com

Irongate Tubular Services LLC
Creditor
cole.griffin@ke.services

Knight Oil Tools LLC
Creditor
cole.griffin@ke.services

Sabine Resources, Inc.
Creditor
jim.short1992@att.net

James Short
Creditor
jim.short1992@att.net

Texas Mutual Insurance Company
Creditor
bjones@texasmutual.com

L&L Oilfield Services
Creditor
leslie@lnloilfield.com

Mississippi Department of Revenue
Creditor
bankruptcy@dor.ms.gov

[*Remainder of Page Intentionally Left Blank*]

*/s/ R. J. Shannon*
R.J. Shannon
TX Bar No. 24108062
SHANNON & LEE LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002
Email: rshannon@shannonpllc.com
Phone: 713-714-5770

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

| | | |
|---|---|---|
| 5718 Westheimer Houston Realty LP<br>PO Box 67136<br>Newark, NJ 07101-6601 | Acme Truck Line, Inc.<br>MSC-410683<br>PO Box 415000<br>Nashville, TN 37241-5000 | Alabama Department of Revenue<br>Legal Division<br>Po Box 320001<br>Montgomery, AL 36132-0001 |
| Ariba Inc.<br>PO Box 734605<br>Chicago, IL 60673-4605 | AT&T # 713-651-0928-837<br>PO Box 105414<br>Atlanta, GA 30348-5415 | AT&T # 860497234 6<br>PO Box 5017<br>Carol Stream, IL 60197-5001 |
| AT&T #171-795-6761-377<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Basil Oilfield Service Inc<br>Po Box 93<br>Saratoga, TX 77585-0093 | Best Western<br>23235 Hwy 1<br>Plaquemine, LA 70764 |
| BJ Services LLC<br>Po Box 733585<br>Dallas, TX 75373-3585 | Bosco Oilfield Services<br>211a E Etienne Rd<br>Maurice, LA 70555-4345 | Bradley Arant Boult Cummings LLP<br>Attn: Justin T. Scott<br>600 Travis St Ste 4800<br>Houston, TX 77002-3024 |
| CalTex Oil Tools LLC<br>PO Box 1489<br>Tomball, TX 77377 | Conquest Drilling Fluids, Inc.<br>9200 Leonidas Horton Rd<br>Conroe, TX 77304 | Crosby Tugs LLC<br>PO Box 279<br>Golden Meadow, LA 70357 |
| Datavox<br>PO Box 660831<br>Dallas, TX 75266 | DISA Global Solutions, Inc.<br>Dept. 3731<br>PO Box 123731<br>Dallas, TX 75312-3731 | Empire Wireline<br>PO Box 967<br>Manvel, TX 77578 |
| Evangeline Parish Sales Tax Commn<br>Po Box 367<br>Ville Platte, LA 70586-0367 | Fanning I.T. Service LLC<br>415 N. Main<br>Highlands, TX 77562 | Federal Express<br>942 Shady Grove Road<br>Memphis, TN 38120 |
| Frank's International LLC<br>Po Box 735523<br>Dallas, TX 75373-5523 | Gulf Coast Coil Tubing<br>PO Box 1710<br>Scott, LA 70583 | Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 |
| Hampton Inn & Suites<br>3135 E Main St.<br>Alice, TX 78332 | Hampton Inn & Suites<br>1121 Hwy 332 West<br>Clute, TX 77531 | Harris County Tax Assessor<br>1001 Preston St.<br>Houston, TX 77002 |
| Harry G. Allison<br>3103 Sleepy Hollow Dr<br>Sugar Land, TX 77479-1664 | Hirsch & Westheimer, P.C.<br>1415 Louisiana St # 36<br>Houston, TX 77002-7360 | HiTouch Business Services<br>PO Box 930257<br>Atlanta, GA 31193-0257 |

Hole Opener Corporation
PO Box 82006
Lafayette, LA 70598-2006

Houston Area Safety Council
PO Box 621001
Dallas, TX 75267-1001

Internal Revenue Service
Centralized Insolvency Office
Po Box 7346
Philadelphia, PA 19101-7346

IronGate Tubular Services
PO Box 204423
Dallas, TX 75320-4423

James H. Short
3518 Suffolk Dr
Houston, TX

John Dixon
1081 Shamrock Ln
Mccomb, MS 39648-3774

John Gibson
4610 Brooklyn Dr.
Sulphur, LA 70665

Jordan, Lynch & Cancienne, PLLC
Attn: Kevin Jordan
1980 Post Oak Blvd Ste 2300
Houston, TX 77056-3841

Jose Pereira
800 Country Place 1004
Houston, TX 77079

Kansas Department of Revenue
Problem Resolution Team
Po Box 2005
Topeka, KS 66601-2005

Kenneth J Roane
16327 Sir William Dr
Spring, TX 77379-7639

Knight Oil Tools, Inc
c/o Regions Bank
Po Box 207923
Dallas, TX 75320-7923

L&L Oilfield Services
Attn: Arthur Lewis, Jr.
Po Box 818
Friendswood, TX 77549-0818

Madison Parish, Louisiana Po
Box 100
Vidalia, LA 71373-0100

Marsh Wortham
Attn: Cristina Nino
2727 Allen Pkwy
Houston, TX 77019-2115

Marsh/Worthman, Inc.
PO Box 301513
Dallas, TX 75303-1513

Melton & Melton, L.L.P.
6002 Rogerdale Rd. Ste. 200
Houston, TX 77072

Minuteman Press - Post Oak
4212 San Felipe Rd. PMB #386
Houston, TX 77027-2902

Mississippi Department of Revenue
Po Box 23075
Jackson, MS 39225-3075

Mobile Mini Inc. d/b/a Mobile
Storage Solutions
PO Box 650882
Dallas, TX 75265-0882

Moncla Workover & Drilling
Operations LLC
Po Box 53408
Lafayette, LA 70505-3408

New Mexico Taxation & Rev.Dept
Legal Services
Po Box 630
Santa Fe, NM 87504-0630

North Carolina Department of
Revenue
Po Box 25000
Raleigh, NC 27640-0002

North Dakota Office of State Tax
Commissioner
600 E Boulevard Ave Dept 127
Bismarck, ND 58505-0599

NOV Fluid Control
PO Box 202631
Dallas, TX 75320

NYS Tax Department
Bankruptcy
W A Harriman Campus
Albany, NY 12227-5100

Ohio Department of Taxation
Attn: Bankruptcy Divison
Po Box 530
Columbus, OH 43216-0530

Padre Tubular Inc.
PO Box 189
Corpus Christi, TX 78403

Peart Enterprises, Inc.
102 E. Maple Avenue
Eunice, LA 70535

Petro Amigo Supply, Inc.
PO Box 957554
Saint Louis, MO 63195-7554

| | | |
|---|---|---|
| Phonoscope Ltd.<br>6105 Westline Drive<br>Houston, TX 77036-3515 | Pioneer Well Services, LLC<br>PO Box 676144<br>Dallas, TX 75267 | Premium Oilfield Services LLC<br>PO Box 203763<br>Dallas, TX 75320-3763 |
| Public Storage<br>11900 Katy Fwy<br>Houston, TX 77079-1202 | Quadient Leasing USA Inc<br>Dept. 3682<br>PO Box 123682<br>Dallas, TX 75312-3682 | Quadient Leasing USA Inc<br>Attn: Sarah Scudder<br>478 Wheelers Farms Rd<br>Milford, CT 06461-9105 |
| R.P.S. Cementing Company LLC<br>PO Box 176<br>Livonia, LA 70755 | Receivables Performance Management, LLC<br>20818 44th Ave W Ste 140<br>Lynnwood, WA 98036-7709 | Sabine Resources, Inc.<br>c/o James Short, VP<br>3518 Suffolk Dr<br>Houston, TX 77027-6328 |
| Seaboard International Inc.<br>PO Box 301861<br>Dallas, TX 75303-1861 | Seal-Title LLC<br>500 Deer Cross Dr.<br>Madisonville, LA 70447 | Sonic Surveys, Ltd.<br>Po Box 719<br>Mont Belvieu, TX 77580-0719 |
| Sprint Waste Services<br>PO Box 732411<br>75343-2411 | State Tax Advisors LP<br>23740 Woodford Place Dr.<br>Kingwood, TX 77339 | Stellar Drilling Fluids LLC<br>Po Box 22328<br>Houston, TX 77227-2328 |
| Tanner Services LLC<br>Attn: Accounts Payable<br>Po Box 1434<br>Eunice, LA 70535-1434 | Texas Labor Law Poster Services<br>6800 W Gate Blvd. Ste. 132<br>Austin, TX 78745-4868 | Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 |
| The Dow Chemical Company<br>c/o CT Corp System<br>1999 Bryan Street Ste 900<br>Dallas, TX 75201 | The Guardian Life Insurance<br>PO Box 677458<br>Dallas, TX 75267-7475 | Tim Bauer<br>2227 Tangle Lake Dr.<br>Kingwood, TX 77339 |
| Total Safety U.S. Inc.<br>PO Box 654171<br>Dallas, TX 75265-4171 | Totz Ellison & Totz, P.C.<br>Attn: Jon Totz, Marc Ellison<br>2211 Norfolk St Ste 510<br>Houston, TX 77098-4048 | U.S. Small Business Administration<br>Little Rock Comm. Loan Serv. Ctr.<br>2120 Riverfront Dr Ste 100<br>Little Rock, AR 72202-1794 |
| United HealthCare Insurance Company<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | United Rentals, Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 | Universal Wellhead Services, Inc<br>1710 N Hearne Ave<br>Shreveport, LA 71107-7119 |
| Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 N 1950 W<br>Salt Lake Cty, UT 84134-9000 | VeriCore, LLC<br>10115 Kincey Ave Ste 100<br>Huntersville, NC 28078-6482 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75226-0108 |

Virginia Tax
Attn: Bankruptcy
Po Box 1115
Richmond, VA 23218-1115

Williams Safety Rescue
ATTN: John Marques Williams
5718 Westheimer Ste. 100
Houston, TX 77057

Zions Bancorporation, NA
c/o Corporation Service Company
211 E 7th St Ste 620
Austin, TX 78701-3218

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064

Eric M. English
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Kevin Jordan, Caroline Carter
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd., Suite 2300
Houston, TX 77056

Jeffrey D. Stewart
Wells & Cuellar, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002

Texas Mutual Insurance Company
2000 Aldrich Street
Austin, TX 78723-3475

U.S. Trustee
Office of the U.S. Trustee
515 Rusk Ave STE 3516
Houston, TX 77002-2604

L&L Oilfield Services
Aurthur Lewis, Jr.
Po Box 818
Friendswood, TX 77549

Knight Oil Tools LLC/Irongate Tubular Services LLC
6003 Cunningham RD
Houston, TX 77041-4705

Hole Opener Corporation
Paden Alleman
PO Box 82006
Lafayette LA 70598

Fastenal Company
Attn: Legal Department
2001 Theurer Boulevard
Winona MN 55987