FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/31/2018 1:50 PM
JAMIE SMITH
DISTRICT CLERK
B-201118

NO. B-0201118

| | | |
|---|---|---|
| SABINE STORAGE & OPERATIONS, INC. | § § | IN THE DISTRICT COURT |
| v. | § § | JEFFERSON COUNTY, TEXAS |
| THE DOW CHEMICAL COMPANY | § | 60TH JUDICIAL DISTRICT |

### PROPOSED ORDER ON SABINE STORAGE & OPERATIONS, INC.'S TRADITIONAL MOTION FOR PARTIAL SUMMARY JUDGMENT

Currently pending before the Court is Sabine Storage & Operations, Inc.'s Traditional Motion for Partial Summary Judgment. Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that the motion should be DENIED.

Signed this 31st day of August, 2018.

_____
PRESIDING JUDGE