NO. B-0201118

| | | |
|---|---|---|
| SABINE STORAGE & OPERATIONS, INC. § <br> Plaintiff, § <br> § <br> V. § <br> § <br> THE DOW CHEMICAL COMPANY § <br> Defendant. § | | IN THE DISTRICT COURT <br><br> JEFFERSON COUNTY, TEXAS <br><br> 60TH JUDICIAL DISTRICT |

### ORDER DENYING DOW'S TRADITIONAL AND
### NO-EVIDENCE MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day the Court considered Defendant and Counter-Plaintiff The Dow Chemical Company's Traditional and No-Evidence Motion for Partial Summary Judgment, against Plaintiff and Counter-Defendant Sabine Storage & Operations, Inc. After considering the motion, evidence, response, and arguments of counsel, the Court finds that the motion should be in all things DENIED.

It is therefore ORDERED, ADJUDGED, and DECREED that The Dow Chemical Company's Traditional and No-Evidence Motion for Partial Summary Judgment, and all relief requested therein, is DENIED.

The Court also makes the following rulings on Sabine's objections to Dow's summary judgment evidence:

1. Sabine's objection that Exhibit A-3 to Dow's Motion is inadmissible hearsay, is

    ____✓____        _____
    SUSTAINED and        OVERRULED
    it is STRICKEN

2. Sabine's objection that Exhibit A-4 to Dow's Motion is inadmissible hearsay, is

    ____✓____        _____
    SUSTAINED and        OVERRULED
    it is STRICKEN

1

SIGNED on this 17th day of November, 2021.

_____
PRESIDING JUDGE

APPROVED AS TO FORM:

HIRSCH & WESTHEIMER, P.C.

By: /s/ Jessica Levy Kromar
    Eric Lipper
    State Bar No. 12399000
    Jeff Shadwick
    State Bar No. 18078500
    Jessica Levy Kromar
    State Bar No. 24064412
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-9181
    Facsimile: (713) 223-9319
    Email: elipper@hirschwest.com
    Email: jshadwick@hirschwest.com
    Email: jlevy@hirschwest.com

**ATTORNEYS FOR PLAINTIFF, SABINE STORAGE & OPERATIONS, INC.**