**Sabine Storage & Operations, Inc.**
**Salaries and Wages**

| Salaries and Related Expenses | # | Assumptions | Wage Base | Monthly | Jun 2022 / May 2023 Year One | Jun 2023 / May 2024 Year Two | Jun 2024 / May 2025 Year Three |
|---|---|---|---|---|---|---|---|
| **Percent Change** | | | | | | 3.00% | 3.00% |
| **Salaries and Wages** | | | | | | | |
| Owner's Compensation | 2 | | | $ 36,667 | 440,004 | 453,204 | 466,800 |
| Salaries | 2 | | | 17,667 | 212,004 | 218,364 | 224,915 |
| Wages | | | | | | | |
| Full-Time Employees | 0 | | | - | - | - | - |
| Estimated Hours Per Week | | 40.00 | | | | | |
| Estimated Rate Per Hour | | $ 9.00 | | | | | |
| Part-Time Employees | 0 | | | - | - | - | - |
| Estimated Hours Per Week | | 20.00 | | | | | |
| Estimated Rate Per Hour | | $ 5.00 | | | | | |
| Independent Contractors | | | | - | - | - | - |
| **Total Salaries and Wages** | 4 | | | 54,334 | 652,008 | 671,568 | 691,715 |
| **Payroll Taxes and Benefits** | | | | | | | |
| Social Security | | 6.20% | $ 102,000 | 3,369 | 40,424 | 41,637 | 42,886 |
| Medicare | | 1.45% | | 788 | 9,454 | 9,738 | 10,030 |
| Federal Unemployment Tax (FUTA) | | 0.80% | $ 7,000 | 19 | 224 | 224 | 224 |
| State Unemployment Tax (SUTA) | | 2.70% | $ 7,000 | 63 | 756 | 756 | 756 |
| Employee Pension Programs | | 4.00% | | 2,173 | 26,080 | 26,080 | 26,080 |
| Worker's Compensation | | 0.00% | | - | - | - | - |
| Employee Health Insurance | | 15.00% | | 8,150 | 97,801 | 100,735 | 103,757 |
| Other Employee Benefit Programs | | 2.00% | | 1,087 | 13,040 | 13,431 | 13,834 |
| **Total Payroll Taxes and Benefits** | | | | 15,648 | 187,780 | 192,602 | 197,568 |
| **Total Salaries and Related Expenses** | | | | 69,982 | 839,788 | 864,170 | 889,283 |

**Sabine Storage & Operations, Inc.**
**Fixed Operating Expenses**

| Fixed Operating Expenses | Monthly | Jun 2022 / May 2023 Year One | Jun 2023 / May 2024 Year Two | Jun 2024 / May 2025 Year Three | Notes |
|---|---|---|---|---|---|
| **Percent Change** | | | 3.00% | 3.00% | |
| **Expenses** | | | | | |
| Advertising | - | - | - | - | |
| CPA Services | 600 | 7,200 | 7,416 | 7,638 | |
| Bank & Merchant Fees | 50 | 600 | 618 | 637 | |
| Contract Labor | 400 | 4,800 | 4,944 | 5,092 | |
| Conferences & Seminars | 1,200 | 14,400 | 14,832 | 15,277 | |
| State Licenses | 375 | 4,500 | 4,635 | 4,774 | |
| Dues and Subscriptions | - | - | - | - | |
| Miscellaneous | 750 | 9,000 | 9,270 | 9,548 | |
| Insurance (Liability and Property) | 3,050 | 36,600 | 37,698 | 38,829 | |
| Licenses/Fees/Permits | | - | - | - | |
| Legal and Professional Fees | 2,500 | 30,000 | 30,900 | 31,827 | |
| Office Expenses & Supplies | 500 | 6,000 | 6,180 | 6,365 | |
| IT support | 2,500 | 30,000 | 30,900 | 31,827 | |
| Rent Office Space | 1,600 | 19,200 | 19,776 | 20,369 | |
| Software leases | 800 | 9,600 | 9,888 | 10,185 | |
| Sales & Marketing | 1,000 | 12,000 | 12,360 | 12,731 | |
| Taxes-Other | - | - | - | - | |
| Telephone and Communications | 760 | 9,120 | 9,394 | 9,675 | |
| | | - | - | - | |
| Subchapter 5 fees | 700 | 8,400 | 8,652 | 8,912 | |
| **Total Expenses** | 16,785 | 201,420 | 207,463 | 213,686 | |
| **Other Expenses** | | | | | |
| Depreciation | - | - | - | - | |
| Interest | | | | | |
| Commercial Loan | - | - | - | - | |
| Commercial Mortgage | - | - | - | - | |
| Line of Credit | - | - | - | - | |
| Credit Card Debt | - | - | - | - | |
| Vehicle Loans | - | - | - | - | |
| Other Bank Debt | - | - | - | - | |
| **Total Other Expenses** | - | - | - | - | |
| **Total Fixed Operating Expenses** | 16,785 | 201,420 | 207,463 | 213,686 | |

**Sabine Storage & Operations, Inc.**
**Projected Sales Forecast**

| Products and Services | Assumptions | % | 2022 Jun | Jul | Aug | Sept | Oct | Nov | Dec | 2023 Jan | Feb | Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Braskem Contract** | | | | | | | | | | | | | | | |
| | $ - | 100.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| **Projected Billings** | | | | | | | | | | | | | | | |
| Seasonality Factor | | | 7.18% | 8.21% | 8.21% | 7.69% | 8.72% | 8.72% | 7.69% | 8.72% | 8.72% | 8.72% | 8.72% | 8.72% | 100.00% |
| Year One | | | 70,000 | 80,000 | 80,000 | 75,000 | 85,000 | 85,000 | 75,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 975,000 |
| Year Two Growth | 5.00% | | 73,500 | 84,000 | 84,000 | 78,750 | 89,250 | 89,250 | 78,750 | 89,250 | 89,250 | 89,250 | 89,250 | 89,250 | 1,023,750 |
| Year Three Growth | 3.00% | | 75,705 | 86,520 | 86,520 | 81,113 | 91,928 | 91,928 | 81,113 | 91,928 | 91,928 | 91,928 | 91,928 | 91,928 | 1,054,463 |
| Overhead Exp Allocation | | 0.00% | | | | | | | | | | | | | |
| **Projected Revenue** | $ - | | | | | | | | | | | | | | |
| Variable Costs | - | | | | | | | | | | | | | | |
| Gross Margin | - | | | | | | | | | | | | | | |
| Overhead Expenses | - | | | | | | | | | | | | | | |
| Profit | - | 0.00% | | | | | | | | | | | | | |
| Breakeven Sales Revenue | $ - | | | | | | | | | | | | | | |
| Breakeven Sales Units | - | | | | | | | | | | | | | | |
| **Miscellaneous Project Revenues** | | | | | | | | | | | | | | | |
| | $ - | 100.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| **Projected Billings** | | | | | | | | | | | | | | | |
| Seasonality Factor | | | 31.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 6.25% | 100.00% |
| Year One | | | 30,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 96,000 |
| Year Two Growth | 5.00% | | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 75,600 |
| Year Three Growth | 5.00% | | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 79,380 |
| Overhead Exp Allocation | | 0.00% | | | | | | | | | | | | | |
| **Projected Revenue** | $ - | | | | | | | | | | | | | | |
| Variable Costs | - | | | | | | | | | | | | | | |
| Gross Margin | - | | | | | | | | | | | | | | |
| Overhead Expenses | - | | | | | | | | | | | | | | |
| Profit | - | 0.00% | | | | | | | | | | | | | |
| Breakeven Sales Revenue | $ - | | | | | | | | | | | | | | |
| Breakeven Sales Units | - | | | | | | | | | | | | | | |

**Sabine Storage & Operations, Inc.**
**Projected Sales Forecast - Page 2**

| Products and Services | Assumptions | % | 2022 Jun | Jul | Aug | Sept | Oct | Nov | Dec | 2023 Jan | Feb | Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SMRI Research Coordinator** | | | | | | | | | | | | | | | |
| | $ - | 100.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| **Projected Billings** | | | | | | | | | | | | | | | |
| Seasonality Factor | | | 0.00% | 0.00% | 0.00% | 33.33% | 0.00% | 0.00% | 33.33% | 0.00% | 0.00% | 33.33% | 0.00% | 0.00% | 100.00% |
| Year One | | | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| Year Two Growth | 0.00% | | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| Year Three Growth | 0.00% | | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| **Overhead Exp Allocation** | | | | | | | | | | | | | | | |
| **Projected Billings** | $ - | | | | | | | | | | | | | | |
| Variable Costs | - | | | | | | | | | | | | | | |
| Gross Margin | - | | | | | | | | | | | | | | |
| Overhead Expenses | - | | | | | | | | | | | | | | |
| Profit | - | 0.00% | | | | | | | | | | | | | |
| **Breakeven Sales Revenue** | $ - | | | | | | | | | | | | | | |
| **Breakeven Sales Units** | - | | | | | | | | | | | | | | |
| **Product/Service D** | | | | | | | | | | | | | | | |
| | $ - | 100.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| | $ - | 0.00% | | | | | | | | | | | | | |
| **Projected Billings** | | | | | | | | | | | | | | | |
| Seasonality Factor | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Year One | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Year Two Growth | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Year Three Growth | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Overhead Exp Allocation** | | | | | | | | | | | | | | | |
| **Projected Revenue** | $ - | | | | | | | | | | | | | | |
| Variable Costs | - | | | | | | | | | | | | | | |
| Gross Margin | - | | | | | | | | | | | | | | |
| Overhead Expenses | - | | | | | | | | | | | | | | |
| Profit | - | 0.00% | | | | | | | | | | | | | |
| **Breakeven Sales Revenue** | $ - | | | | | | | | | | | | | | |
| **Breakeven Sales Units** | - | | | | | | | | | | | | | | |

**Sabine Storage & Operations, Inc.**
**Projected Income Statement - Year One**

|  | 2022 Jun | Jul | Aug | 2022 Sept | Oct | Nov | Dec | 2023 Jan | Feb | Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Braskem Contract | 70,000 | 80,000 | 80,000 | 75,000 | 85,000 | 85,000 | 75,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 975,000 |
| Miscellaneous Project Revenues | 30,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 96,000 |
| SMRI Research Coordinator | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| **Total Income** | 100,000 | 86,000 | 86,000 | 86,000 | 91,000 | 91,000 | 86,000 | 91,000 | 91,000 | 96,000 | 91,000 | 91,000 | 1,086,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Braskem Contract | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous Project Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SMRI Research Coordinator | | | | | | | | | | | | | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Margin** | 100,000 | 86,000 | 86,000 | 86,000 | 91,000 | 91,000 | 86,000 | 91,000 | 91,000 | 96,000 | 91,000 | 91,000 | 1,086,000 |
| **Total Salary and Wages** | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 69,982 | 839,788 |
| **Fixed Business Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CPA Services | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Bank & Merchant Fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Contract Labor | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Conferences & Seminars | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| State Licenses | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,500 |
| Dues and Subscriptions | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Insurance (Liability and Property) | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 36,600 |
| Licenses/Fees/Permits | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and Professional Fees | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Office Expenses & Supplies | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| IT support | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Rent Office Space | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Software leases | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| Sales & Marketing | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Taxes-Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Communications | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 760 | 9,120 |
| 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subchapter 5 fees | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| **Total Fixed Business Expenses** | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 16,785 | 201,420 |
| **Other Expenses** | | | | | | | | | | | | | |
| Amortized Start-up Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | | | | | | | | | | | | |
| Commercial Loan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commercial Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Line of Credit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Credit Card Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vehicle Loans | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Bank Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | 2,647 | (153) | (153) | (153) | 847 | 847 | (153) | 847 | 847 | 1,847 | 847 | 847 | 8,958 |
| **Total Other Expenses** | 2,647 | (153) | (153) | (153) | 847 | 847 | (153) | 847 | 847 | 1,847 | 847 | 847 | 8,958 |
| **Net Income** | 10,586 | (614) | (614) | (614) | 3,386 | 3,386 | (614) | 3,386 | 3,386 | 7,386 | 3,386 | 3,386 | 35,833 |

**Sabine Storage & Operations, Inc.**
**Projected Income Statement - Year Two**

| | 2023 Jun | Jul | Aug | Sept | Oct | Nov | Dec | 2024 Jan | Feb | Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Braskem Contract | 73,500 | 84,000 | 84,000 | 78,750 | 89,250 | 89,250 | 78,750 | 89,250 | 89,250 | 89,250 | 89,250 | 89,250 | 1,023,750 |
| Miscellaneous Project Revenues | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 75,600 |
| | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| | | | | | | | | | | | | | - |
| **Total Income** | 79,800 | 90,300 | 90,300 | 90,050 | 95,550 | 95,550 | 90,050 | 95,550 | 95,550 | 100,550 | 95,550 | 95,550 | 1,114,350 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Braskem Contract | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous Project Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Margin** | 79,800 | 90,300 | 90,300 | 90,050 | 95,550 | 95,550 | 90,050 | 95,550 | 95,550 | 100,550 | 95,550 | 95,550 | 1,114,350 |
| **Total Salary and Wages** | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 72,014 | 864,170 |
| **Fixed Business Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CPA Services | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 618 | 7,416 |
| Bank & Merchant Fees | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 618 |
| Contract Labor | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 412 | 4,944 |
| Conferences & Seminars | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 14,832 |
| State Licenses | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 386 | 4,635 |
| Dues and Subscriptions | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 773 | 9,270 |
| Insurance (Liability and Property) | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 3,142 | 37,698 |
| Licenses/Fees/Permits | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and Professional Fees | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 30,900 |
| Office Expenses & Supplies | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 6,180 |
| IT support | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 2,575 | 30,900 |
| Rent Office Space | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 19,776 |
| Software leases | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 824 | 9,888 |
| Sales & Marketing | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 12,360 |
| Taxes-Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Communications | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 783 | 9,394 |
| 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subchapter 5 fees | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 721 | 8,652 |
| **Total Fixed Business Expenses** | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 | 207,463 |
| **Other Expenses** | | | | | | | | | | | | | |
| Amortized Start-up Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | | | | | | | | | | | | |
| Commercial Loan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commercial Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Line of Credit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Credit Card Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vehicle Loans | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Bank Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | 1,147 | 149 | 1,249 | 1,249 | 2,249 | 1,249 | 1,249 | 8,543 |
| **Total Other Expenses** | - | - | - | - | - | 1,147 | 149 | 1,249 | 1,249 | 2,249 | 1,249 | 1,249 | 8,543 |
| **Net Income** | (9,503) | 997 | 997 | 747 | 6,247 | 5,101 | 598 | 4,998 | 4,998 | 8,998 | 4,998 | 4,998 | 34,174 |

**Sabine Storage & Operations, Inc.**
**Projected Income Statement - Year Three**

| | Jun | Jul | Aug | 2024 Sept | Oct | Nov | Dec | Jan | Feb | 2025 Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| **Braskem Contract** | 75,705 | 86,520 | 86,520 | 81,113 | 91,928 | 91,928 | 81,113 | 91,928 | 91,928 | 91,928 | 91,928 | 91,928 | 1,054,463 |
| **Miscellaneous Project Revenues** | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 6,615 | 79,380 |
| | - | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 |
| | | | | | | | | | | | | | - |
| **Total Income** | 82,320 | 93,135 | 93,135 | 92,728 | 98,543 | 98,543 | 92,728 | 98,543 | 98,543 | 103,543 | 98,543 | 98,543 | 1,148,843 |
| **Cost of Sales** | | | | | | | | | | | | | |
| **Braskem Contract** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Miscellaneous Project Revenues** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Margin** | 82,320 | 93,135 | 93,135 | 92,728 | 98,543 | 98,543 | 92,728 | 98,543 | 98,543 | 103,543 | 98,543 | 98,543 | 1,148,843 |
| **Total Salary and Wages** | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 74,107 | 889,283 |
| **Fixed Business Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CPA Services | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 7,638 |
| Bank & Merchant Fees | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 637 |
| Contract Labor | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 5,092 |
| Conferences & Seminars | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 1,273 | 15,277 |
| State Licenses | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 398 | 4,774 |
| Dues and Subscriptions | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 796 | 9,548 |
| Insurance (Liability and Property) | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 3,236 | 38,829 |
| Licenses/Fees/Permits | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and Professional Fees | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 31,827 |
| Office Expenses & Supplies | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 6,365 |
| IT support | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 2,652 | 31,827 |
| Rent Office Space | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 20,369 |
| Software leases | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 849 | 10,185 |
| Sales & Marketing | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 12,731 |
| Taxes-Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Communications | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 806 | 9,675 |
| 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subchapter 5 fees | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 8,912 |
| **Total Fixed Business Expenses** | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 17,807 | 213,686 |
| **Other Expenses** | | | | | | | | | | | | | |
| Amortized Start-up Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | | | | | | | | | | | | |
| Commercial Loan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commercial Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Line of Credit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Credit Card Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vehicle Loans | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Bank Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | 58 | 1,326 | 163 | 1,326 | 1,326 | 2,326 | 1,326 | 1,326 | 9,175 |
| **Total Other Expenses** | - | - | - | - | 58 | 1,326 | 163 | 1,326 | 1,326 | 2,326 | 1,326 | 1,326 | 9,175 |
| **Net Income** | (9,594) | 1,221 | 1,221 | 813 | 6,571 | 5,303 | 651 | 5,303 | 5,303 | 9,303 | 5,303 | 5,303 | 36,698 |

7

**Sabine Storage & Operations, Inc.**
**Year End Summary**

| | Jun 2022 / May 2023 Year One | % | Jun 2023 / May 2024 Year Two | % | Jun 2024 / May 2025 Year Three | % |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Braskem Contract | 975,000 | | 1,023,750 | | 1,054,463 | |
| Miscellaneous Project Revenues | 96,000 | | 75,600 | | 79,380 | |
| SMRI Research Coordinator | 15,000 | | 15,000 | | 15,000 | |
| | - | | - | | - | |
| **Total Income** | 1,086,000 | 100.00% | 1,114,350 | 100.00% | 1,148,843 | 100.00% |
| **Cost of Sales** | | | | | | |
| Braskem Contract | - | | - | | - | |
| Miscellaneous Project Revenues | - | | - | | - | |
| SMRI Research Coordinator | - | | - | | - | |
| | - | | - | | - | |
| **Total Cost of Sales** | - | 0.00% | - | 0.00% | - | 0.00% |
| **Gross Margin** | 1,086,000 | 100.00% | 1,114,350 | 100.00% | 1,148,843 | 100.00% |
| **Total Salary and Wages** | 839,788 | 77.33% | 864,170 | 77.55% | 889,283 | 77.41% |
| **Fixed Business Expenses** | | | | | | |
| Advertising | - | | - | | - | |
| CPA Services | 7,200 | | 7,416 | | 7,638 | |
| Bank & Merchant Fees | 600 | | 618 | | 637 | |
| Contract Labor | 4,800 | | 4,944 | | 5,092 | |
| Conferences & Seminars | 14,400 | | 14,832 | | 15,277 | |
| State Licenses | 4,500 | | 4,635 | | 4,774 | |
| Dues and Subscriptions | - | | - | | - | |
| Miscellaneous | 9,000 | | 9,270 | | 9,548 | |
| Insurance (Liability and Property) | 36,600 | | 37,698 | | 38,829 | |
| Licenses/Fees/Permits | - | | - | | - | |
| Legal and Professional Fees | 30,000 | | 30,900 | | 31,827 | |
| Office Expenses & Supplies | 6,000 | | 6,180 | | 6,365 | |
| IT support | 30,000 | | 30,900 | | 31,827 | |
| Rent Office Space | 19,200 | | 19,776 | | 20,369 | |
| Software leases | 9,600 | | 9,888 | | 10,185 | |
| Sales & Marketing | 12,000 | | 12,360 | | 12,731 | |
| Taxes-Other | - | | - | | - | |
| Telephone and Communications | 9,120 | | 9,394 | | 9,675 | |
| 0 | - | | - | | - | |
| Subchapter 5 fees | 8,400 | | 8,652 | | 8,912 | |
| **Total Fixed Business Expenses** | 201,420 | 18.55% | 207,463 | 18.62% | 213,686 | 18.60% |
| **Operating Income (before Other Expenses) [EBITDA]** | 44,792 | 4.12% | 42,717 | 3.83% | 45,873 | 3.99% |
| **Other Expenses** | | | | | | |
| Amortized Start-up Expenses | - | | - | | - | |
| Depreciation | - | | - | | - | |
| Interest | | | | | | |
| Commercial Loan | - | | - | | - | |
| Commercial Mortgage | - | | - | | - | |
| Line of Credit | - | | - | - | - | |
| Credit Card Debt | - | | - | | - | |
| Vehicle Loans | - | | - | | - | |
| Other Bank Debt | - | | - | | - | |
| Taxes | 8,958 | | 8,543 | | 9,175 | |
| **Total Other Expenses** | 8,958 | 0.82% | 8,543 | 0.77% | 9,175 | 0.80% |
| **Net Income** | 35,833 | 3.30% | 34,174 | 3.07% | 36,698 | 3.19% |