United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SABINE STORAGE & OPERATIONS, INC ) | Case No. 22 - 30670 |
| ) | |
| Debtor. ) | Chapter 11 (Subchapter V) |
| ) | |

**ORDER APPROVING COMPROMISE OF DISPUTES
BETWEEN THE DEBTOR AND THE DOW CHEMICAL COMPANY**

Relating to ECF No. 53

The Court, having considered the *Debtor's Motion for Order Approving Compromise of Disputes Between the Debtor and the Dow Chemical Company (*the "Motion"),[1] any responses to the Motion, the statements of counsel, and the record in this case, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (e) good and sufficient cause exists to grant the relief requested. Therefore, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement between the Debtor and The Dow Chemical Company ("Dow," and together with the Debtor, the "Parties") attached as Exhibit A to the Motion is hereby approved.

2. The mutual releases set forth in the Settlement Agreement shall be deemed effective immediately upon the entry of this Order.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

13425475v1

2

3.	The Parties are authorized to take any and all actions necessary and appropriate to implement and carry out the provisions of this Order and the Settlement Agreement.

4.	This Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order or the Settlement Agreement.

Signed: June 07, 2022

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge