## **Exhibit A**

Shannon Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SABINE STORAGE & OPERATIONS, INC | ) | Case No. 22-30670 |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V) |
| | ) | |

**DECLARATION OF R. J. SHANNON IN SUPPORT OF**
**THE DEBTOR'S APPLICATION TO EMPLOY**
**SHANNON & LEE LLP AS BANKRUPTCY COUNSEL**

I, Robert Joseph Shannon, declare under penalty of perjury as follows:

1.      I am an attorney at law duly admitted and in good standing to practice in the State

of Texas and the State of Maryland, before the United States Court of Appeals for the Fifth Circuit,

and the United States District Courts for the Southern, Northern, Eastern, and Western Districts of

Texas. I am an attorney with the law firm Shannon & Lee LLP (the "SL Firm"), with its principal

office located at 700 Milam Street, Suite 1300, Houston, Texas 77002.

2.      I am making this declaration in support of the Debtor's Application to Employ

Shannon & Lee LLP as Bankruptcy Counsel Effective June 1, 2022 (the "Application"). Unless

otherwise indicated, capitalized terms used but not defined herein have the meanings ascribed to

them in the Application.

3.      Except as otherwise noted, all facts set forth in this declaration are based upon my

personal knowledge, upon the client and matter records of the SL Firm reviewed by me, or derived

from information available to me that I believe to be true and correct.

**C.  Scope of Services**

4.      Pursuant to the Legal Services Agreement, the Application, and the Proposed Order

attached thereto, the SL Firm will serve as bankruptcy counsel to the Debtor in connection with

the above-captioned bankruptcy case. In connection with this representation, the SL Firm will take all necessary and appropriate actions to administer the Debtor's chapter 11 bankruptcy estate and obtain confirmation of a plan of reorganization.

### D. Proposed Compensation

5.     The SL Firm will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, including §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, Guidelines, and Orders for all services performed and expenses incurred during its representation of the Debtor.

6.     Subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Guidelines, and the Orders, the SL Firm intends to request the allowance of its compensation as set out in the Engagement Agreement and as summarized in the following chart:

| BILLER | RATE |
|---|---|
| Kyung S. Lee | $850 |
| R. J. Shannon | $625 |
| Paralegals | $180 - $250 |
| Legal Assistants | $50-$75 |

7.     These rates reflect the rates that the SL Firm ordinarily charges clients in bankruptcy and non-bankruptcy matters and are less than or equal to the rates of similarly skilled and experience attorneys in this district. They also reflect the same rates that the attorneys at the SL Firm charged for services while representing the Debtor at Parkins & Rubio LLP (f/k/a Parkins Lee & Rubio LLP). The SL Firm submits that these agreed terms of reimbursement, compensation, and hourly rates are reasonable. The SL Firm will notify the Debtor and the U.S. Trustee ten (10) business days' notice of any change in the hourly rates charged for services rendered.

**E.  Retainer & Prepetition Payments**

8.      The Legal Services Agreement does not provide for any retainer to be paid to the

SL Firm for this representation. The prepetition retainer provided to PRLLP was exhausted prior

to the Petition Date.

**F.  Disclosure of Connections**

9.      The SL Firm performed the following actions to determine whether it or any of its

attorneys has any disclosable connections, to the Debtor, creditors, any other party in interest, their

respect attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S.

Trustee, or any of the judges for the U.S. Bankruptcy Court for the Southern District of Texas:

 a.  First, I personally sent an email to all email account holders within the SL
     Firm requesting the recipient respond to any representation known to be
     adverse or otherwise connected to the Debtor or its estate. Neither I nor my
     staff received any responses indicating that a conflict or connection exists.

 b.  Second, I conducted a computerized search of all former clients of the SL
     Firm and its attorneys using the list of parties in interest listed in Schedule
     1 hereto.

 c.  Third, a list of connections and potential connections was created to
     investigate whether such connections amounted to disqualifying interests.

10.     The search and my personal knowledge uncovered the following connections:

 a.  Sabine Storage & Operations, Inc.—Mr. Lee and Mr. Shannon formerly
     represented the Debtor in this chapter 11 case while practicing at PRLLP.

 b.  Parkins & Rubio LLP—Mr. Lee was formerly a partner of PRLLP. Mr.
     Shannon was formerly an employee of PRLLP.

11.     Additionally, SL Firm attorneys have interacted with attorneys and law firms

representing parties in interest in this case in other bankruptcy cases and in professional

organizations unrelated to the Debtor's bankruptcy case.

12.     The results of the foregoing connections search process confirm that neither I, the SL Firm, nor any of its employees or partners, to the best of my knowledge, have any disqualifying connections. The SL Firm does not have any debt or equity securities in the Debtor, is not an insider of the Debtor, and was not a creditor of the Debtor on the Petition Date.

13.     The SL Firm or its attorneys may have provided services to creditors or other parties in interest inadvertently omitted from Schedule 1 or the description above. To the extent that such connections exist, they would be on matters wholly unrelated to the services for which the Debtor seeks to engage the SL Firm.

**G.  Affirmative Statement of Disinterestedness**

14.     Based on the connections review conducted to date and described herein, to the best of my knowledge and insofar as I am able to ascertain, the SL Firm is a "disinterested person" within the meaning of Bankruptcy Code § 101(14), as modified by Bankruptcy Code § 1107(b), as required by Bankruptcy Code § 327(a). The SL Firm is not a creditor, an equity security holder, or an insider of the Debtor; the SL Firm is not and was not within 2 years before the Petition Date a director, officer, or employee of the Debtor; and the SL Firm does not have any interest materially adverse to the interests of the Debtor's bankruptcy estate or any class of creditors or equity security holders.

**H.  Bankruptcy Rule 2016(b) Disclosures**

15.     Pursuant to Bankruptcy Code § 504 and Bankruptcy Rule 2016, the SL Firm has not shared or agreed to share (a) any of its compensation from the representation of the Debtor with any other persons or (b) any compensation any other persons have received, may have received, or will receive.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June  21 , 2022,                     By: /s/ *R. J. Shannon*
                                                      R. J. Shannon

## SCHEDULE 1 TO SHANNON DECLARATION

### SEARCHED PARTIES

<u>Debtor & Professionals</u>

Sabine Storage & Solutions, Inc.
Hirsch & Westheimer, P.C. (former)
Parkins & Rubio LP

Nommensen, Williams, Sticker, &
Doyle, P.C

<u>Debtor's Equity & Officers</u>

Harry Allison
James Short
Jose Pereira

Ken Roane
Timothy R. Bauer

<u>Creditors & Parties in Interest</u>

5718 Westheimer Houston Realty LP
Acme Truck Line, Inc.
Ariba Inc.
AT&T
Basil Oilfield Service Inc
Best Western
BJ Services LLC
Bosco Oilfield Services
Braskem S.A.
Brooks Energy Company
CalTex Oil Tools LLC
Conquest Drilling Fluids, Inc.
Crosby Tugs LLC
Datavox
DISA Global Solutions, Inc.
DTE Energy
Empire Wireline
Fanning I.T. Service LLC
Federal Express
Frank's International LLC
Freeport LNG Development, LP
Gulf Coast Coil Tubing
Halliburton Energy Services, Inc.
Hampton Inn & Suites
Harris County Tax Assessor
HiTouch Business Services
Hole Opener Corporation
Houston Area Safety Council

IronGate Tubular Services
John Dickson
John Gibson
Jordan, Lynch & Cancienne, PLLC
Knight Oil Tools, Inc
L&L Oilfield Services
Marsh Wortham
Melton & Melton, L.L.P.
Minuteman Press - Post Oak
Mobile Mini Inc.
Moncla Workover & Drilling
Operations LLC
Morton Salt, Inc.
NOV Fluid Control
Padre Tubular Inc.
Peart Enterprises, Inc.
Petro Amigo Supply, Inc.
Phonoscope Ltd.
Pioneer Well Services, LLC
Praxair, Inc
Premium Oilfield Services LLC
Public Storage
Quadient Leasing USA Inc
R.P.S. Cementing Company LLC
Receivables Performance
Management, LLC
Sabine Resources, Inc.
Seaboard International Inc.

Seal-Title LLC
Sonic Surveys, Ltd.
Sprint Waste Services
State Tax Advisors LP
Stellar Drilling Fluids LLC
Tanner Services LLC
Texas Labor Law Poster Services
Texas Mutual Insurance Company
The Dow Chemical Company
The Guardian Life Insurance
Total Safety U.S. Inc.

Totz Ellison & Totz, P.C
U.S. Small Business Administration
United HealthCare Insurance
Company
United Rentals, Inc.
Universal Wellhead Services, Inc
VeriCore, LLC
Verizon Wireless
Williams Safety Rescue
Zions Bancorporation, NA (Amegy
Bank)

U.S. Bankruptcy Judges and Staff

Chief Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Albert Alonzo
Ana Castro

Tracey Conrad
Jeannie Chavez
LinhThu Do
Tyler Laws
Kimberly Picota
Vriana Portillo
Mario Rios

U.S. Trustee Personnel

Alicia Barcomb
Jacqueline Boykin
Luci Johnson-Davis
Hector Duran
Barbra Griffin
Brian Henault
Linda Motton
Ha Nguyen
Glenn Otto
Yasmin Rivera

Jayson B. Ruff
Millie Sall
Patricia Schmidt
Christy Simmons
Gwen Smith
Stephen Statham
Christopher R. Travis
Clarissa Waxton
Jana Whitworth