UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number  22-30670

In re:  SABINE STORAGE & OPERATIONS, INC.

Taxpayer number:  XXXXXXX2870

WITHDRAWAL OF
CLAIM # 20
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  06/29/2022

2. TOTAL AMOUNT OF CLAIM:  $ 6,025.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2022

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  07/14/2022                 /S/ BYRON KEITH EVANS
                                  BYRON KEITH EVANS
                                  Accounts Examiner
                                  Revenue Accounting Division
                                  Texas Comptroller of Public Accounts
                                  512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)