IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> SABINE STORAGE & OPERATIONS, INC. <br><br> Debtor. | Case No. 22-30670 <br><br> Chapter 11, Subchapter V |

### NOTICE OF EFFECTIVE DATE

PLEASE TAKE NOTICE that on August 24, 2022, the U.S. Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order Confirming Debtor's Second Amended Plan of Reorganization* [ECF No. 99] (the "Confirmation Order") in the above captioned chapter 11 case. A copy of the Confirmation Order is available at the following link or by request to the Debtor's undersigned counsel: https://www.dropbox.com/s/106v4dx9hpygg9p/SSO%20-%20Confirmation%20Order.pdf?dl=0.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order, the *Debtor's Second Amended Plan or Reorganization Under Chapter 11, Subchapter V of the Bankruptcy Code* [ECF No. 89] (the "Plan"), a copy of which is attached to the Confirmation Order, became effective on **September 7, 2022**.

PLEASE TAKE FURTHER NOTICE that the deadline to take the following actions under the Plan is **October 7, 2022**:

- Filing with the Court any proof of claim for any claim arising out of the rejection of an executory contract or unexpired lease;

- Filing an optional request for payment of an Ordinary Course Administrative Expense Claim;

- Filing a request for payment of a Non-Ordinary Course Administrative Expense Claim.

PLEASE TAKE FURTHER NOTICE that the Court entered the Order Post Confirmation [ECF No. 100] providing for the following deadlines with respect to the Debtor and the Subchapter V Trustee:

- September 21, 2022—Filing of all final fee applications by the Debtor;

- September 21, 2022—Filing of a motion for Final Decree by the Debtor;

- 14 days after substantial consummation—Filing of a notice of substantial consummation but the Debtor;

- September 25, 2022—Filing an application for professional fees and expenses incurred during the chapter 11 administration by the Subchapter V Trustee; and

- September 25, 2022—Filing of a final Subchapter V trustee report.

Dated: September 14, 2022

**SHANNON & LEE LLP**

*/s/ R. J. Shannon*
R.J. Shannon
TX Bar No. 24108062
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002
Email: rshannon@shannonleellp.com
Phone: 713-714-5770

*Counsel to the Debtor and Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, the foregoing document was served (a) by the Court's CM/ECF system on all parties registered to receive such service, (b) by U.S.P.S. first class mail on the parties indicated in the attached service list; and (c) on the following parties by email:

Jeannie Lee Andresen
Counsel to Harris County, Texas
houston_bankruptcy@lgbs.com

Alicia Barcomb
Counsel to the U.S. Trustee
alicia.barcomb@usdoj.gov

Eric English
Counsel to The Dow Chemical Company
eenglish@porterhedges.com

Joseph Epstein
Counsel to Zions Bancorporation N.A.
joe@epsteintexaslaw.com

Chris Quinn
Subchapter V Trustee
chris.quinn2021@outlook.com

Jeffrey Stewart
Counsel to Tanner Services, LLC
jstewart@wellscuellar.com

Sonic Surveys, Ltd.
Creditor
crystal@sonic-surveys.com

Wayne Kitchens
Counsel to Petro Amigos Supply Incorporated
wkitchens@hwa.com

Fastenal Company
Creditor
jmilek@fastenal.com

Kenneth J. Roane
Creditor
kenr@sabinestorage.com

Paden Alleman
Notice Party for Hole Opener Corporation
pjalleman@holeopener.com

Irongate Tubular Services LLC
Creditor
cole.griffin@ke.services

Knight Oil Tools LLC
Creditor
cole.griffin@ke.services

Sabine Resources, Inc.
Creditor
jim.short1992@att.net

James Short
Creditor/Equity Holder
jim.short1992@att.net

Texas Mutual Ins. Company
Creditor
bjones@texasmutual.com

L&L Oilfield Services
Creditor
leslie@lnloilfield.com

Mississippi Department of Revenue
Creditor
bankruptcy@dor.ms.gov

Lenard Parkins
Parkins & Rubio LLP
lparkins@parkinsrubio.com

Timothy R. Bauer
Creditor
timb@sabinestorage.com

Jose C. Pereira
Creditor/ Equity Holder
josep@sabinestorage.com

Veronica Manning
Counsel to L&L Oilfield Serv.
vmanning@mckoolsmith.com

Andrew Shaver
Counsel to Premium Oilfield Serv.
ashaver@bradley.com

*/s/ R. J. Shannon*
R.J. Shannon

```
Label Matrix for local noticing          Best Western                             Bj Services LLC
0541-4                                   c/o Nirav Chamiara                       c/o Marc Ellison
Case 22-30670                            23235 Hwy 1 South                        2211 Norfolk
Southern District of Texas               Plaquemine, LA 70764-2558                Ste 510
Houston                                                                           Houston, TX 77098-4048
Wed Sep 14 10:05:01 CDT 2022

Harris County                            Hole Opener Corporation                  Parkins & Rubio LLP
Linebarger Goggan Blair & Sampson LLP    c/o Paden Alleman                        700 Milam Street, Suite 1300
C/O Jeannie Lee Andresen                 PO Box 82006                             Houston, TX 77002-2736
P.O. Box 3064                            Lafayette, LA 70598-2006
Houston, Tx 77253-3064


Sabine Storage & Operations, Inc.        Tanner Services, LLC                     Texas Comptroller of Public Accounts, Revenu
PO Box 79406                             c/o Wells & Cuellar, P.C.                John Mark Stern
Houston, TX 77279-9406                   440 Louisiana Suite 718                  c/o Sherri K. Simpson, Paralegal
                                         Houston, TX 77002-1058                   P.O. Box 12548
                                                                                  Austin, TX 78711-2548


4                                        5718 Westheimer Houston Realty LP        5718 Westheimer Road Investors, L.P.
United States Bankruptcy Court           PO Box 67136                             5718 Westheimer
PO Box 61010                             Newark, NJ 07101-6601                    Houston, Texas 77057-5745
Houston, TX 77208-1010


AFCO                                     AIG Property Casualty, Inc.              AT&T # 713-651-0928-837
4501 College Blvd Ste 320                Kevin J. Larner, Authorized Representati PO Box 105414
Leawood, KS 66211-2328                   28 Liberty Street, Floor 22              Atlanta, GA 30348-5414
                                         New York, NY 10005-1495


AT&T # 860497234 6                       AT&T #171-795-6761-377                   AT&T #284475096
PO Box 5017                              PO Box 5019                              PO Box 5014
Carol Stream, IL 60197-5017              Carol Stream, IL 60197-5019              Carol Stream, IL 60197-5014


Acme Truck Line, Inc.                    (p)STATE OF ALABAMA DEPARTMENT OF REVENUE Ariba Inc.
MSC-410683                               P O BOX 320001                           PO Box 734605
PO Box 415000                            MONTGOMERY AL 36132-0001                 Chicago, IL 60673-4605
Nashville, TN 37241-5000


BJ Services LLC                          BJ Services, LLC                         Basil Oilfield Service Inc
Po Box 733585                            c/o Marc L. Ellison                      Po Box 93
Dallas, TX 75373-3585                    2211 Norfolk St                          Saratoga, TX 77585-0093
                                         Suite 510
                                         Houston, TX 77098-4048


Best Western                             Bosco Oilfield Services                  Bradley Arant Boult Cummings LLP
23235 Hwy 1                              211a E Etienne Rd                        Attn: Justin T. Scott
Plaquemine, LA 70764-2558                Maurice, LA 70555-4345                   600 Travis St Ste 4800
                                                                                  Houston, TX 77002-3024


CalTex Oil Tools LLC                     ClearWell Well Services                  Comptroller of Public Accounts
PO Box 1489                              f/k/a Pioneer Well Services, LLC         C/O Office of the Attorney General
Tomball, TX 77377-1489                   C/O Dore Rothberg McKay, P.C.            Bankruptcy - Collections Division MC-008
                                         16225 Park Ten Place, #700               PO Box 12548
                                         Houston, TX 77084-5154                   Austin TX  78711-2548
```

| | | |
|---|---|---|
| Conquest Drilling Fluids, Inc.<br>9200 Leonidas Horton Rd<br>Conroe, TX 77304-2448 | Crosby Tugs LLC<br>PO Box 279<br>Golden Meadow, LA 70357-0279 | DISA Global Solutions, Inc.<br>Dept. 3731<br>PO Box 123731<br>Dallas, TX 75312-3731 |
| Datavox<br>PO Box 660831<br>Dallas, TX 75266-0831 | Empire Wireline<br>PO Box 967<br>Manvel, TX 77578-0967 | Evangeline Parish Sales Tax Commission<br>Po Box 367<br>Ville Platte, LA 70586-0367 |
| Fanning I.T. Service LLC<br>415 N. Main<br>Highlands, TX 77562-2829 | Fastenal Company<br>Attn: Legal Department<br>2001 Theurer Boulevard<br>Winona, MN 55987-9902 | Federal Express<br>942 Shady Grove Road<br>Memphis, TN 38120-4117 |
| Frank's International LLC<br>Po Box 735523<br>Dallas, TX 75373-5523 | Franks International, LLC<br>c/o Holly C. Hamm<br>P.O. Box 549<br>Hockley, TX 77447-0549 | Gulf Coast Coil Tubing<br>PO Box 1710<br>Scott, LA 70583-1710 |
| Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 | Hampton Inn & Suites<br>1121 Hwy 332 West<br>Clute, TX 77531-5309 | Hampton Inn & Suites<br>3135 E Main St.<br>Alice, TX 78332 |
| Harris County Tax Assessor<br>1001 Preston St.<br>Houston, TX 77002-1899 | Harris County et al.<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Harry G. Allison<br>3103 Sleepy Hollow Dr<br>Sugar Land, TX 77479-1664 |
| HiTouch Business Services<br>PO Box 930257<br>Atlanta, GA 31193-0257 | Hirsch & Westheimer, P.C.<br>1415 Louisiana St # 36<br>Houston, TX 77002-7394 | Hole Opener Corporation<br>PO Box 82006<br>Lafayette, LA 70598-2006 |
| Houston Area Safety Council<br>PO Box 621001<br>Dallas, TX 75262-1001 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| IronGate Tubular Services<br>PO Box 204423<br>Dallas, TX 75320-4423 | Irongate Tubular Services LLC<br>6003 Cunningham Rd<br>Houston, TX 77041-4705 | James H. Short<br>3518 Suffolk Dr<br>Houston, TX 77027-6328 |
| James H. Short<br>3518 Suffolk Dr.<br>Houston, TX 77027-6328<br>7 77027-6328 | John Dixon<br>1081 Shamrock Ln<br>Mccomb, MS 39648-3774 | John Gibson<br>4610 Brooklyn Dr.<br>Sulphur, LA 70665-9305 |

| | | |
|---|---|---|
| Jordan, Lynch & Cancienne, PLLC<br>Attn: Kevin Jordan, Amir Halevy, Carolin<br>1980 Post Oak Blvd Ste 2300<br>Houston, TX 77056-3841 | Jose Pereira<br>800 Country Place 1004<br>Houston, TX 77079-5556 | Kansas Department of Revenue<br>Problem Resolution Team<br>Po Box 2005<br>Topeka, KS 66601-2005 |
| Kenneth J Roane<br>16327 Sir William Dr<br>Spring, TX 77379-7639 | Knight Oil Tools, LLC<br>6003 Cunningham Rd<br>Houston, TX 77041-4705 | L&L Oilfield Services<br>Attn: Arthur Lewis, Jr.<br>Po Box 818<br>Friendswood, TX 77549-0818 |
| Madison Parish, Louisiana<br>Po Box 100<br>Vidalia, LA 71373-0100 | Marsh Wortham<br>Attn: Cristina Nino<br>2727 Allen Pkwy<br>Houston, TX 77019-2115 | Marsh/Worthman, Inc.<br>PO Box 301513<br>Dallas, TX 75303-1513 |
| Melton & Melton, L.L.P.<br>6002 Rogerdale Rd. Ste. 200<br>Houston, TX 77072-1660 | Minuteman Press - Post Oak<br>4212 San Felipe Rd. PMB #386<br>Houston, TX 77027-2902 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Mississippi Department of Revenue<br>Po Box 23075<br>Jackson, MS 39225-3075 | Mobile Mini Inc. d/b/a Mobile Storage Soluti<br>PO Box 650882<br>Dallas, TX 75265-0882 | Moncla Workover & Drilling Operations LLC<br>Po Box 53408<br>Lafayette, LA 70505-3408 |
| NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | NOV Fluid Control<br>PO Box 202631<br>Dallas, TX 75320-2631 | NYS Tax Department<br>Bankruptcy<br>W A Harriman Campus<br>Albany, NY 12227-5100 |
| New Mexico Taxation & Revenue Department<br>Legal Services<br>Po Box 630<br>Santa Fe, NM 87504-0630 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | North Carolina Department of Revenue<br>Po Box 25000<br>Raleigh, NC 27640-0002 |
| North Dakota Office of State Tax Commissione<br>600 E Boulevard Ave Dept 127<br>Bismarck, ND 58505-0599 | Ohio Department of Taxation<br>Attn: Bankruptcy Divison<br>Po Box 530<br>Columbus, OH 43216-0530 | Pacific Indemnity Company<br>c/o Chubb<br>436 Walnut Street - WA04K<br>Philadelphia, PA 19106-3703 |
| Padre Tubular Inc.<br>PO Box 189<br>Corpus Christi, TX 78403-0189 | Peart Enterprises, Inc.<br>102 E. Maple Avenue<br>Eunice, LA 70535-5528 | Petro Amigo Supply, Inc.<br>PO Box 957554<br>Saint Louis, MO 63195-7554 |
| Petro Amigos Supply Incorporated<br>c/o Wayne Kitchens, Attorney<br>1201 Louisiana, 28th Floor<br>Houston, Texas 77002-5607 | Phonoscope Ltd.<br>6105 Westline Drive<br>Houston, TX 77036-3515 | Pioneer Well Services, LLC<br>PO Box 676144<br>Dallas, TX 75267-6144 |

| | | |
|---|---|---|
| Premium Oilfield Services LLC<br>Premium Fishing Services<br>PO Box 203763<br>Dallas, TX 75320-3763 | Premium Oilfield Services LLC<br>Premium Thru Tubing<br>PO Box 203763<br>Dallas, TX 75320-3763 | Quadient Leasing USA Inc<br>Attn: Sarah Scudder<br>478 Wheelers Farms Rd<br>Milford, CT 06461-9105 |
| Quadient Leasing USA Inc<br>Dept. 3682<br>PO Box 123682<br>Dallas, TX 75312-3682 | R.P.S. Cementing Company LLC<br>PO Box 176<br>Livonia, LA 70755-0176 | Receivables Performance Management, LLC<br>20818 44th Ave W Ste 140<br>Lynnwood, WA 98036-7709 |
| Sabine Resources, Inc.<br>c/o James Short, VP<br>3518 Suffolk Dr<br>Houston, TX 77027-6328 | Seaboard International Inc.<br>PO Box 301861<br>Dallas, TX 75303-1861 | Seal-Title LLC<br>500 Deer Cross Dr.<br>Madisonville, LA 70447-3342 |
| Sonic Surveys, Ltd.<br>Po Box 719<br>Mont Belvieu, TX 77580-0719 | State Tax Advisors LP<br>23740 Woodford Place Dr.<br>Kingwood, TX 77339-1483 | Stellar Drilling Fluids LLC<br>Po Box 22328<br>Houston, TX 77227-2328 |
| Tanner Services LLC<br>Attn: Accounts Payable<br>Po Box 1434<br>Eunice, LA 70535-1434 | Texas Labor Law Poster Services<br>6800 W Gate Blvd. Ste. 132<br>Austin, TX 78745-4868 | Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723-3475 |
| Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 | The Dow Chemical Company<br>c/o CT Corp System<br>1999 Bryan Street Ste 900<br>Dallas, TX 75201-3140 | The Guardian Life Insurance<br>PO Box 677458<br>Dallas, TX 75267-7458 |
| Tim Bauer<br>2227 Tangle Lake Dr.<br>Kingwood, TX 77339-3324 | Total Safety U.S. Inc.<br>PO Box 654171<br>Dallas, TX 75265-4171 | Totz Ellison & Totz, P.C.<br>Attn: Jon Totz, Marc Ellison<br>2211 Norfolk St Ste 510<br>Houston, TX 77098-4048 |
| U.S. Small Business Administration<br>Little Rock Comm. Loan Serv. Ctr.<br>2120 Riverfront Dr Ste 100<br>Little Rock, AR 72202-1794 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United HealthCare Insurance Company<br>Dept. CH 10151<br>Palatine, IL 60055-0151 |
| United Rentals, Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 | Universal Wellhead Services, Inc<br>1710 N Hearne Ave<br>Shreveport, LA 71107-7119 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 N 1950 W<br>Salt Lake Cty, UT 84134-9000 |
| VeriCore, LLC<br>10115 Kincey Ave Ste 100<br>Huntersville, NC 28078-6482 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Virginia Tax<br>Attn: Bankruptcy<br>Po Box 1115<br>Richmond, VA 23218-1115 |

| | | |
|---|---|---|
| Williams Safety Rescue<br>ATTN: John Marques Williams<br>5718 Westheimer Ste. 100<br>Houston, TX 77057-5733 | Zions Bancorporation, N.A. d/b/a Amegy Bank<br>1717 West Loop South<br>Houston, Texas 77027-3048 | Zions Bancorporation, NA dba Amegy Bank<br>c/o Corporation Service Company<br>211 E 7th St Ste 620<br>Austin, TX 78701-3218 |
| Chris Quinn<br>Subchapter V Trustee<br>26414 Cottage Cypress Lane<br>Cypress, TX 77433-1596 | Jose C. Pereira<br>Sso<br>800 Country Place Dr.<br>#1004<br>HOUSTON, Ste Unit 1004<br>Houston, TX 77079-5556 | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alabama Department of Revenue
Legal Division
Po Box 320001
Montgomery, AL 36132-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Premium Oilfield Services LLC | (u)The Dow Chemical Company | (u)Zions Bancorporation N.A. dba Amegy Bank |
| (u)Sprint Waste Services<br>PO Box 732411<br>75343-2411 | (d)Tanner Services, LLC<br>c/o Wells & Cuellar, P.C.<br>440 Louisiana, Suite 718<br>Houston, TX 77002-1058 | (d)James H Short<br>3518 Suffolk Drive<br>Houston, TX 77027-6328 |

End of Label Matrix
Mailable recipients    125
Bypassed recipients      6
Total                  131